FRANK SIMS & STOLPER LLP
Jason M. Frank (SBN 190957)
jfrank@lawfss.com
Scott H. Sims (SBN 234148)
ssims@lawfss.com
19800 MacArthur Blvd., Suite 855
Irvine, California 92612
Telephone:  (949) 201-2400
Facsimile:   (949) 201-2405

BADAME LAW GROUP, APC
Kristopher P. Badame, (SBN 210349)
kbadame@badamelawgroup.com
Joseph Hunter (SBN 137796)
jhunter@badamelawgroup.com
9891 Irvine Center Drive, Suite 200
Irvine, California 92618
Telephone:  (949) 398-8217'

Attorneys for Named and the FLSA Collective

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIZA COLE, individually, and RUTH MCKNIGHT, individually, on behalf of themselves and all those similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF ORANGE,<br><br>　　　　　　Defendant. | Case No.  8:18-cv-01020-DOC-KES<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION AND MOTION FOR APPROVAL OF SETTLEMENT OF FLSA COLLECTIVE ACTION AND REQUEST FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**<br><br>Date:　　May 18, 2020<br>Time:　　8:30 a.m.<br>Ctrm.:　　9D<br><br>Action Filed:　　June 11, 2018 |

1
**NOTIC E OF <u>UNOPPOSED</u> MOTION FOR APPROVAL OF FLSA SETTLEMENT**

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on May 18, 2020 at 8:30 a.m. in Courtroom 9D of the United States District Court for the Central District of California, located at 411 West 4th Street, Santa Ana, California 92701, Plaintiffs Luiza Cole and Ruth McKnight ("Plaintiffs") will and hereby do move for an order:

1. Approving the Stipulation of Collective Action Settlement and Release between the parties;

2. Awarding Class Counsel $250,000.00 in attorneys' fees and $12,484.75 in litigation costs;

3. Awarding Plaintiff Luiza Cole an incentive award of $5,000.00; and

4. Awarding Plaintiff Ruth McKnight an incentive award of $5,000.00.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Scott H. Sims, the Declaration of Luiza Cole, the Declaration of Ruth McKnight, the Declaration of Kristopher P. Badame, and such other and further material to be offered at the hearing.

Dated: April 20, 2020                FRANK SIMS & STOLPER LLP


By:  /s/ Scott H. Sims
     JASON M. FRANK
     SCOTT H. SIMS
     Attorneys for Plaintiffs and all those
     similarly situated