JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIZA COLE, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE,<br><br>Defendant. | Case No. 8:18-cv-1020-DOC-(KESx)<br><br>Assigned to: Honorable David O. Carter<br><br>**FINAL ORDER AND JUDGMENT ON MOTION FOR APPROVAL OF SETTLEMENT AND ATTORNEY FEES UNDER FAIR LABOR STANDARDS ACT**<br><br>Complaint Filed:   June 11, 2018<br>Trial Date:           August 18, 2020 |

THE COURT, having considered the Motion of Plaintiffs Luiza Cole and Ruth McKnight ("Plaintiffs") for Approval of Settlement and Attorney Fees under the Fair Labor Standards Act (the "Motion"), which was not opposed by Defendant County of Orange ("County"), as well as the terms of the proposed settlement and the evidence submitted in support of the Motion, hereby GRANTS the Motion and enters judgment herein as follows:

(1) GRANTS Plaintiffs' Motion for Approval of Settlement and Attorney Fees under the Fair Labor Standards Act;

(2) APPROVES of the Stipulation Of Collective Action Settlement And Release as reasonable and enforceable in its entirety;

(3) ORDERS County to make the payments and perform the conditions contained within the Stipulation Of Collective Action Settlement And Release within 10 days of the date of this Order;

(4) DISMISSES WITH PREJUDICE the action upon County's making said payments;

(5) AWARDS Plaintiffs each a separate inventive award of $5,000; and

(6) AWARDS Plaintiffs' counsel attorney's fees in the amount of $250,000 and costs in the amount of $12,484.75.

IT IS SO ORDERED.

Dated: May 7, 2020

*David O. Carter*

HON. DAVID O. CARTER
United States District Judge